UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MIGUEL AVILA-GARCIA, a single man;<br><br>　　　　Plaintiff,<br><br>　-vs-<br><br>HUNTERWOOD TECHNOLOGIES, LTD., a Canadian limited liability company,<br><br>　　　　Defendant. | NO. CV-12-3103-LRS<br><br>**ORDER OF DISMISSAL** |

　　Pursuant to the stipulation of the parties (ECF No. 30) filed August 7, 2014, **IT IS HEREBY ORDERED** that the parties' Stipulated Motion to Dismiss With Prejudice, **ECF No. 30,** is **GRANTED** and Plaintiff's Complaint on file herein is hereby dismissed with prejudice; that all claims and/or counterclaims by and between the above-named Plaintiff and Defendant are hereby dismissed with prejudice; and each party shall bear and

ORDER - 1

assume full responsibility for their respective attorney's fees and costs incurred herein.

The District Court Executive is directed to enter this Order and **CLOSE THE FILE.**

**DATED** this 14th day of August, 2014.

*s/Lonny R. Suko*
_____
LONNY R. SUKO
SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 2